Sarah E. Phillips, Respondent, v. The New York

53   635|
47ap362|
47ap364|

Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Ingalls, J.